Petition for Writ of Prohibition
Denied and Memorandum Opinion filed June 15, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00517-CV

____________

 

IN RE LETICIA LONDON, Relator

 

 



ORIGINAL PROCEEDING

WRIT OF PROHIBITION

 

 



M E M O R
A N D U M   O P I N I O N

            On June 14, 2010, relator, Leticia
London, filed a motion for stay, or alternatively, a petition for writ of
prohibition in this court.  See Tex. Gov’t Code § 22.221.  Relator asks
this court to stay proceedings in the 308th District Court in cause number
1995-51934, styled In the Matter of the Marriage of Jeffrey London and
Leticia London and in the Interest of N.L. and A.L., children.  Specifically,
relator seeks to preclude the trial court from issuing any orders striking her
pleadings related to the turnover order signed December 1, 2009, or disbursing
any proceeds from the sale of her homestead, which are currently held in
custodia legis by the court-appointed receiver.  

            Relator has not established that she is entitled to the relief
requested.  Accordingly, we deny relator’s petition for writ of prohibition. 

                                                                        PER
CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Yates and Boyce.